THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

1:13-cv-100

| | |
|---|---|
| **RICHARD N. HOWELL, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **AIR & LIQUID SYSTEMS** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Stephen B. Williamson's Application for Admission to Practice *Pro Hac Vice* of S. Christopher Collier. It appearing that S. Christopher Collier is a member in good standing with the Georgia State Bar and will be appearing with Stephen B. Williamson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Stephen B. Williamson's Application for Admission to Practice *Pro Hac Vice* (#67) of S. Christopher

Collier is **GRANTED**, and that S. Christopher Collier is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Stephen B. Williamson.

Signed: August 26, 2013

Dennis L. Howell
United States Magistrate Judge