# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13-cv-100

| | |
|---|---|
| **RICHARD N. HOWELL, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **AIR & LIQUID SYSTEMS** ) | |
| **CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of Elisabeth Cheatham Bond. It appearing that Elisabeth Cheatham Bond is a member in good standing with the Georgia State Bar and will be appearing with Teresa Lazzaroni, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* (#74) of Elisabeth Cheatham Bond is

**GRANTED**, and that Elisabeth Cheatham Bond is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Teresa Lazzaroni.

Signed: August 30, 2013

Dennis L. Howell
United States Magistrate Judge