THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-100

| | |
|---|---|
| RICHARD N. HOWELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| AIR & LIQUID SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Sarah M. Bowman's Application for Admission to Practice *Pro Hac Vice* of Frances G. Zacher. It appearing that Frances G. Zacher is a member in good standing with the South Carolina State Bar and will be appearing with Sarah M. Bowman, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Sarah M. Bowman's Application for Admission to Practice *Pro Hac Vice* (#79) of Frances G. Zacher is **GRANTED**

and that Frances G. Zacher is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Sarah M. Bowman.

Signed: September 11, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge