# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### 1:13-cv-100

| | |
|---|---|
| RICHARD N. HOWELL AND ESTHER L HOWELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Teresa Lazzaroni's Application for Admission to Practice *Pro Hac Vice* of Randi M. Warren. It appearing that Randi M. Warren is a member in good standing with the Georgia State Bar and will be appearing with Teresa Lazzaroni, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

IT IS, THEREFORE, ORDERED that Teresa Lazzaroni's Application for Admission to Practice Pro Hac Vice (#83) of Randi M. Warren is **GRANTED**,

and that Randi M. Warren is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Teresa Lazzaroni.

_____
Dennis L. Howell
United States Magistrate Judge