**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR**

| | | |
|---|---|---|
| **RICHARD N. HOWELL, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **AIR & LIQUID SYSTEMS CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion to Dismiss Defendant Covil Corporation [Doc. 85].

Upon careful review and consideration, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 85] is **GRANTED**, and all of the Plaintiffs' claims against Defendant Covil Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: December 3, 2013

Martin Reidinger
United States District Judge