| | |
|---|---|
| **RICHARD N. HOWELL AND ESTHER L HOWELL,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | )  **ORDER** |
| | ) |
| **AIR & LIQUID SYSTEMS CORPORATION, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court on Charles M. Sprinkle, III's

Application for Admission to Practice *Pro Hac Vice* of Moffatt G. McDonald. It

appearing that Moffatt G. McDonald is a member in good standing with the

South Carolina State Bar and will be appearing with Charles M. Sprinkle, III, a

member in good standing with the Bar of this court, that all admission fees have

been paid, and that the email address of the attorney seeking admission has been

provided, the court enters the following Order.

**ORDER**

IT IS, THEREFORE, ORDERED that Charles M. Sprinkle, III's

Application for Admission to Practice Pro Hac Vice (#92) of Moffatt G.

McDonald is **GRANTED**, and that Moffatt G. McDonald is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Charles M. Sprinkle, III.

Dennis L. Howell
United States Magistrate Judge