THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:13-cv-00100-MR

| | |
|---|---|
| RICHARD N. HOWELL, et al., )<br>)<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>AIR & LIQUID SYSTEMS )<br>CORPORATION, et al., )<br>)<br>    Defendants. )<br>_____ ) | O R D E R |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 101].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 101] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Benjamin Foster, Division of Amchem Products, Inc., and the Defendant ITT Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 15, 2014

Martin Reidinger
United States District Judge