THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:13-cv-00100-MR

| | |
|---|---|
| RICHARD N. HOWELL, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AIR & LIQUID SYSTEMS )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Metropolitan Life Insurance Company [Doc. 108].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 108] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 21, 2014

Martin Reidinger
United States District Judge