THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR

| | |
|---|---|
| RICHARD N. HOWELL, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> AIR & LIQUID SYSTEMS ) <br> CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Velan Valve Corp. [Doc. 111].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 111] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Velan Valve Corp. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: March 24, 2014

Martin Reidinger
United States District Judge