THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR

RICHARD N. HOWELL, et al.,          )
                                    )
                    Plaintiffs,     )
                                    )
         vs.                        )   **O R D E R**
                                    )
AIR & LIQUID SYSTEMS                )
CORPORATION, et al.,                )
                                    )
                    Defendants.     )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Industrial Holdings Corporation f/k/a The Carborundum Company [Doc. 110].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 110] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Industrial Holdings Corporation f/k/a The Carborundum Company are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: March 24, 2014

Martin Reidinger
United States District Judge