THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR-DLH

RICHARD N. HOWELL, et al.,       )
                                 )
            Plaintiffs,          )
                                 )
      vs.                        )      **O R D E R**
                                 )
AIR & LIQUID SYSTEMS             )
CORPORATION, et al.,             )
                                 )
            Defendants.          )
_____  )

**THIS MATTER** is before the Court *sua sponte*.

On August 9, 2013, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before April 15, 2014. [Doc. 66]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**   Signed: May 8, 2014

Martin Reidinger
United States District Judge