THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR

RICHARD N. HOWELL, et al., )
)
        Plaintiffs, )
)
vs. )    <u>O R D E R</u>
)
AIR & LIQUID SYSTEMS )
CORPORATION, et al., )
)
        Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal with Prejudice [Doc. 125].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 125] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant Union Carbide Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Union Carbide Corporation's Motion for Summary Judgment [Doc. 119] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: May 15, 2014

Martin Reidinger
United States District Judge