THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR

| | |
|---|---|
| RICHARD N. HOWELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AIR & LIQUID SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been settled. [Doc. 16].

In accordance with the Pretrial Order and Case Management Plan entered in this case [Doc. 66 at 12], the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs and each of the settling Defendants shall file a memorandum of settlement with the Court setting out the basic terms each parties' settlement agreement, including the amounts to be paid, if any, by each settling Defendant. Such memorandum may be filed under

seal. The Defendants shall pay all sums required by the parties' settlement agreement and the parties shall file all such documents with the Court so as to effectuate the closing of the Court file within sixty (60) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Defendant Ingersoll Rand Company's Motion for Summary Judgment [Docs. 121] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the motion hearing scheduled for June 19, 2014 is **CANCELLED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge