THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00100-MR-DLH

| | |
|---|---|
| RICHARD N. HOWELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| AIR & LIQUID SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 139].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 139] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant CNA Holdings, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge