# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00100-MR-DLH

| | |
|---|---|
| **RICHARD N. HOWELL, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **AIR & LIQUID SYSTEMS CORPORATION, et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 140].

Upon review of the parties' Motion,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 140] is **GRANTED**, and all of the Plaintiffs' claims against the Defendant International Paper Company, individually, and as successor by merger with Champion International Corporation f/k/a U.S. Plywood – Champion Papers, Inc., successor by merger with United States Plywood Corporation, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court's Order to Show Cause [Doc. 136] is hereby **DISCHARGED**.

The Clerk of Court is respectfully directed to close this case.

**IT IS SO ORDERED.**

Signed: September 5, 2014

Martin Reidinger
United States District Judge